UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:25-cr-72-TPB-PRL

18 U.S.C. § 2113(a)

CHRISTINA GATES THAGARD
  a/k/a Christina Gates Thaggaard

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Bank Robbery)

On or about May 3, 2025, in the Middle District of Florida, the defendant,

**CHRISTINA GATES THAGARD,
a/k/a Christina Gates Thaggaard,**

by force, violence, and intimidation, did knowingly take and attempt to take from the person and presence of another, money belonging to and in the care, custody, control, management, and possession of TD Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 2113, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████████
Foreperson

GREGORY W. KEHOE
United States Attorney

By: /s/ Sarah Swartzberg
Sarah Janette Swartzberg
Assistant United States Attorney

By: /s/ Robert E. Bodnar, Jr.
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

3

FORM OBD-34
May 25

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

CHRISTINA GATES THAGARD
a/k/a Christina Gates Thaggaard

INDICTMENT

Violations: 18 U.S.C. 2113(a)

A true bill,

███████████████
Foreperson

Filed in open court this 20th day

of May 2025.

_M Taylor_
Clerk

Bail $_____

GPO 863 525